## [THE COURTS.]

Orphans' Court and Court of Chancery. Sussex.

*Ridgely's Notebook V, 339.*

### Monday, August 6, 1827.

These Courts were both opened this day. Present: THE CHAN-CELLOR, John Stockley, Register of the Court of Chancery, and George B. Rodney, Clerk of the Orphans' Court. The Orphans' Court was employed all day until about six o'clock P. M. A good deal of business was done. The weather was excessively hot and dry. Few people attended except those who had business to be transacted.

### Tuesday, August 7.

Present as yesterday. Rather more business done today, and more people attended. The weather is still hot and dry.

### Wednesday, August 8.

Present as yesterday. The Court was employed all day. The heat has a little abated. Clear and dry.

---

### Thursday, August 9.

Same as yesterday. Clear, hot and dry.

---

### Friday, August 10.

Same as yesterday. Business much as yesterday and the weather. Some people apprehend the crops of corn will be much shortened by the drought.

---

### Saturday, August 11.

Present as yesterday. Clear and dry with a pretty good air.